In the Matter of the Arbitration Between RETAIL EMPLOYEES UNION, LOCAL 830 and VIM ELECTRIC COMPANY, INC.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the General Assignment of IRVING COHEN, Trading under the Name of CORT-LEE TAILORS, Assignor, to HERMAN P. ROSENBLATT. MAROSE TRADING CO., INC.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOHN G. DAIGER v. STANDARD OIL COMPANY OF NEW JERSEY, INC., and McCANN-ERICKSON, INC.— Present — Martin, P. J., Townley, Glennon and Dore, JJ.

RUTH HARRIS v. MITCHELL HARRIS.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HANNA GUSTAVSON, as Administratrix of the Estate of MARGARET GUSTAVSON, Deceased, v. SOUTHERN BOULEVARD RAILROAD COMPANY and SELMA S. LIPTON. (Action No. 1.) SELMA S. LIPTON v. SOUTHERN BOULEVARD RAILROAD COMPANY, Impleaded with Another. (Action No. 2.)

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, JANUARY, 1943.
### (January 8, 1943.)

FRANCES HOLMES, Respondent, v. THE CITY OF NEW YORK, Appellant.— Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

### (January 11, 1943.)

ADOLF AXELRATH, Appellant, v. SPENCER KELLOGG AND SONS, INC., Respondent. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

KARL BERGER, Respondent, v. MAX SHAMOS et al., Appellants.— Present — Close, P. J., Hagarty, Carswell and Taylor, JJ.; Lewis, J., not voting.